**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Judith A. DeBonis                                    **Case/AP Number** 10-12656 **-FJB**
                                                                **Chapter** 7

Doc# 6 Application filed by Debtor Judith A. DeBonis to Proceed in forma pauperis

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted: the filing fee is hereby waived.

IT IS SO ORDERED:

_____ Dated: 3/16/10
Frank J. Bailey
United States Bankruptcy Judge